# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| J. DOUGLAS FARRELL,<br>ADMINISTRATOR OF THE ESTATE OF<br>LOUIS J. FARRELL, | : No. 491 WAL 2016<br>:<br>:<br>:<br>: Petition for Allowance of Appeal from |
| Petitioner | : the Order of the Superior Court<br>:<br>: |
| v. | :<br>:<br>:<br>: |
| ROBERT T. REGOLA, III AND JANETTE<br>A. REGOLA, HIS WIFE, AND ROBERT T.<br>REGOLA, IV, | :<br>:<br>:<br>: |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.

    Justices Wecht and Mundy did not participate in the consideration or decision of this matter.